Fill in this information to identify the case:

Debtor 1         Victoria Marie Baldwin

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Alabama, Northern Division

Case Number: 17-31294-DHW

## Official Form 410S1
# Notice of Mortgage Payment Change         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Federal National Mortgage Association ("Fannie Mae") Creditor, C/O Seterus, Inc.

**Court Claim No. (if known):** -

**Last 4 digits** of any number you use to identify the debtor's account: **4091**

**Date of Payment Change:** 08/01/2017
Must be at least 21 days after date of this notice

**New Total Payment:** $519.75
Principal, interest, and escrow, if any

### Part 1:   Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ■ No.

   ☐ Yes. Attach a copy of the escrow account statement, prepared in a form consistant with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current Escrow Payment:                    New Escrow Payment:

### Part 2:   Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No.

   ■ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current Interest Rate: 4.000%              New Interest Rate: 5.000%

   Current Principal and Interest Payment: $261.02      New Principal and Interest Payment: $285.26

### Part 3:   Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ■ No.

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Current Mortgage Payment:                  New Mortgage Payment:

| Debtor 1 | Victoria | Marie | Baldwin | | Case Number (*if known*) | **17-31294-DHW** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

☒ I am the creditor's attorney or authorized agent.

**I declare under the penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Stephen Bulgarella                          Date 6/16/2017

Stephen Bulgarella (BUL-021)
Enslen Crowe (CRO-098)
Diane Murray (MUR-048)
Donald M. Wright (WRI-021)

Signature, as Attorney for Creditor

| Print: | Stephen | | Bulgarella | | Title | Attorney for Creditor |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

Company  Sirote & Permutt, P.C.

Address  2311 Highland Avenue South
         Birmingham, AL  35205

Contact Phone  (205) 918-5083                     Email  sbulgarella@sirote.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | Case Number: 17-31294-DHW |
| ) | |
| Baldwin, Victoria Marie ) | Chapter: 13 |
| ) | |
| DEBTORS. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of June, 2017, a copy of the Notice of Mortgage Payment Change filedFederal National Mortgage Association ("Fannie Mae") Creditor, C/O Seterus, Inc. by was served on the following by first class mail:

Victoria Marie Baldwin
820 Longview Street
Montgomery, AL 36107

or via electronic case management:

Janet L. Shannon
The Dansby Law Firm, P.C.
4601 Berry Blvd.
Montgomery, AL 36106
janet@dansbylaw.com

Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

Respectfully submitted,

/s/ Stephen Bulgarella

Stephen Bulgarella (BUL-021)
Enslen Crowe (CRO-098)
Diane Murray (MUR-048)
Donald M. Wright (WRI-021)
Attorney for Creditor

OF COUNSEL:
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Birmingham, AL 35205
Telephone: (205) 918-5083



**seterus**
PO Box 1077; Hartford, CT 06143-1077

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

Physical Address
14523 SW Millikan Way; Suite 200; Beaverton, OR 97005

Payments
PO Box 54420; Los Angeles, CA 90054-0420

Correspondence
PO Box 1077; Hartford, CT 06143-1077

Phone 866.570.5277
Fax 866.578.5277
www.seterus.com

BALDWIN, VICTORIA
820 LONGVIEW ST
MONTGOMERY, AL 36107

May 18, 2017
Loan num
Serviced by Seterus, Inc.

Dear BALDWIN, VICTORIA:

### Changes to Your Mortgage Interest Rate on July 01, 2017

Under the terms of your stepped rate mortgage, you had a 12-month period during which your interest rate stayed the same. That period ends on July 01, 2017, so on that date your interest rate is scheduled to change. The change in your interest rate corresponds with a scheduled change in your payment amount, beginning with your mortgage payment due on August 01, 2017. After that, according to the schedule provided by your loan documents, your interest rate and payment amount will change on the following dates:

| RATE CHANGE DATE | INTEREST RATE | PAYMENT CHANGE DATE | PAYMENT AMOUNT |
|---|---|---|---|
| July 01, 2018 | 5.25000% | August 01, 2018 | $291.26 |

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.

BALDWIN, VICTORIA
May 18, 2017
Loan number

|  | CURRENT RATE AND MONTHLY PAYMENT | NEW RATE AND MONTHLY PAYMENT |
|---|---|---|
| Interest Rate | 4.00000% | 5.00000% |
| Principal and Interest Payment* | $261.02 | $285.26 |
| Escrow (Taxes and Insurance) Payment | $259.67 | $234.49 |
| Total Monthly Payment | $520.69 | $519.75 (due August 01, 2017) |

* The payment allocation of principal and interest will vary throughout the life of your loan based on the unpaid principal balance at the time of allocation.

**Interest Rate:** Your interest rate is set forth in your loan documents.

**Rate Limits:** Your rate cannot go higher than 5.25000% over the life of the loan. Seterus does not collect carryover interest.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the interest rate prescribed changes set forth in your loan documents.

**Prepayment Penalty:** None. Seterus currently does not impose a prepayment penalty on any loan; however, this policy is subject to change. In the event that this policy changes, future billing statements will be updated accordingly.

**How Your Payments Are Determined:** At the end of the initial fixed-rate term, the interest rate will increase according to the schedule in your modification agreement until it reaches the maximum interest rate specified in the modification. This maximum rate was set at 5.25000% as of the date your loan modification was prepared. This rate was the market rate on the date your modification documents were completed. Once your interest rate reaches this maximum, it will be fixed at that rate for the remaining term of your loan.

Your monthly payment includes an escrow for property taxes, hazard insurance, or other escrowed expenses, which, if changed, will change the monthly payment.

**If You Anticipate Problems Making Your Payments:**
- Contact Seterus at 866.570.5277 as soon as possible.

- If you seek an alternative to the upcoming changes to your interest rate and payment, the following options **may** be possible (most are subject to servicer approval):
  - Refinance your loan with a lender of your choice;

BALDWIN, VICTORIA
May 18, 2017
Loan n█████████

- - Sell your home and use the proceeds to pay off your current loan;
  - Modify your loan terms with us;
  - Payment forbearance temporarily gives you time to pay your monthly payment.

- If you would like contact information for the counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 800.569.4287 or visit www.hud.gov. If you would like contact information for a state housing finance agency, contact the U.S. Consumer Financial Protection Bureau (CFPB) at www.consumerfinance.gov/mortgagehelp. You may also seek assistance with household budgeting at no charge from HUD approved housing counseling agencies.

If you have any questions, please contact Cindy Branson, Team Lead, at 866.570.5277.

Sincerely,


Seterus, Inc.